## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | § | Case No. 16-41906-EJC |
| | § | |
| Timothy Brian Boggs | § | Chapter 13 |
| | § | |
| Debtor | § | |

### OBJECTION TO CONFIRMATION

GeoVista Credit Union ("Movant") shows:

1.

GeoVista Credit Union holds threeclaim against the Debtor. One claim in the amount of $10,830.47 is secured by a 2004 Jeep Wrangler. Another claim in the amount of $10,024.69 is secured by a 2005 Chevrolet Colorado. The third claim in the amount of $911.32 is secured by the 2004 Jeep Wrangler and the 2005 Chevrolet Colorado.

2.

The Debtor plan proposes to treat the claim in the amount of $10,830.47 as fully secured and would pay it at 5.00% interest and with a post-confirmation monthly payment of $212.02. The Debtor plan proposes to treat the claim in the amount of $10,10,024.69 as fully secured and would pay it at 5.00% interest and with a post-confirmation monthly payment of $190,37. The plan does not propose to pay the claim in the amount of $911.32, although there is enough equity in the two vehicles to secure fully the claim. The plan also does not provide for pre-confirmation adequate protection payments on any of the claims.

3.

Movant's claims should be paid at an interest rate and with pre- and post-confirmation monthly payments that are uniform and adequately protect Movant's interest in the collateral. 11 U.S.C. §361 and 11 U.S.C. §1325(a)(5).

THEREFORE, GeoVista Credit Union respectfully requests that confirmation of the proposed chapter 13 plan be denied.

January 22, 2017

Respectfully submitted,

Stephen O'Hearn
Attorney for GeoVista Credit Union

Bulovic & O'Hearn
1020 Bryan Woods Loop, Suite 5
Savannah, GA 31410
(912) 898-5661
Ga. Bar No. 550670

STATE OF GEORGIA                    §
                                   §
COUNTY OF CHATHAM                  §

## CERTIFICATE OF SERVICE

I, Stephen O'Hearn, do hereby certify that I have this date served the foregoing

Objection to Confirmation upon the following by depositing a copy of the same in the United

States mail with proper postage affixed, or by electronic noticing where indicated below:

Timothy Brian Boggs
P.O. Box 676
Allenhurst, GA 31301

John E. Pytte
BY ELECTRONIC NOTICE

O. Byron Meredith, III
BY ELECTRONIC NOTICE

This 26th day of January, 2017.

Stephen O'Hearn

Bulovic & O'Hearn
1020 Bryan Woods Loop, Suite 5
Savannah, GA 31410
(912) 898-5661