# United States Bankruptcy Court
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**TIMOTHY BRIAN BOGGS** | Case No. 16-41906-EJC |
| | Judge:   EDWARD J. COLEMAN, III |
| *Debtor(s)* | Chapter   13 |

## NOTICE OF INELIGIBILITY FOR DISCHARGE

The debtor, Timothy Brian Boggs, received a discharge under Chapter 7 in Case No. 13-42043-EJC which was filed during the four year period preceding the date of the order for relief in the captioned case.

NOTICE IS HEREBY GIVEN pursuant to 11 U.S.C. § 1328(f) (1) the debtor is ineligible for a discharge. After full administration of the case, the clerk will close the case without a discharge.  The debtor may request a hearing on this matter at any time prior to the closing of the case.

Dated February 7, 2017

O. Byron Meredith III
Chapter 13 Trustee
Georgia Bar No. 002330
Southern District of Georgia
Savannah Division

Laura A. Grifka, For The Chapter 13 Trustee
GA Bar #312055