IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of:<br><br>TIMOTHY BRIAN BOGGS<br>PO BOX 676<br>ALLENHURST, GA 31301<br><br>Debtor(s) | Chapter 13<br>Case No.    16-41906-EJC |

## OBJECTION TO CONFIRMATION BY CHAPTER 13 TRUSTEE

NOW COMES O. Byron Meredith III, Chapter 13 ("Trustee") in the above-styled case, and objects to confirmation of the proposed Chapter 13 Plan for reason(s) stated herein:

1. The Trustee objects to retaining the following property on the ground that the property listed below is not necessary to the debtor's effective reorganization:

2014 Chevy 1500 Pick Up
2010 Chevy Colorado
2014 Jeep Wrangler
Freedom Redcat 300

2. Debtor has failed to timely commence making payments to the Trustee as required by 11 U.S.C. § 1326(a)(1). Accordingly, the Debtor's payments under the proposed Plan are not current.

3. The Debtor has failed to appear at the meeting of creditors (January 23, 2017 and February 7, 2017) as required by 11 U.S.C. §§ 341(a) and 343.

4. The Debtor failed to lists the income for the year to date of the Petition and the two previous calendar years on the Statement of Financial Affairs, Part 2. Trustee requests an amended Statement of Financial Affairs.

WHEREFORE, the Trustee moves the Court to inquire into the above objection(s), deny confirmation of the proposed plan, and for such additional relief as may be just and proper.

This 17 day of February, 2017.

s/ LAURA A. GRIFKA, Bar # 312055
O. Byron Meredith III
Chapter 13 Trustee
Georgia Bar No. 002330

### CERTIFICATE OF SERVICE

I the undersigned certify that a copy of this Objection to Confirmation by Chapter 13 Trustee has been served upon the above-named debtor(s) and the parties listed below. Unless otherwise noted below, service was made by first-class mail, postage prepaid, this 17 day of February, 2017.

O. Byron Meredith III
Chapter 13 Trustee
Post Office Box 10556
Savannah, GA 31412
(912) 234-5052

JOHN E PYTTE
By Electronic Noticing